UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VICTOR CARL HONEY,

    Plaintiff,

        v.                                                              Civil Action No. 12-1992 (JEB)

UNITED STATES MARSHALS
SERVICE,

    Defendant.

## MEMORANDUM OPINION

    Plaintiff Victor Honey filed a three-sentence *pro se* Complaint in D.C. Superior Court on October 4, 2012. He alleged that the United States Marshals Service abused process in connection with a landlord-tenant case in Superior Court. See ECF No. 1 (Notice of Removal), Attach. 2 (Complaint). After USMS removed the case to this Court, it filed a Motion to Dismiss. See ECF No. 4. On January 17, 2013, the Court issued a Minute Order directing Plaintiff to respond to the Motion by February 8 or risk the Court's deeming the matter conceded. When Plaintiff failed to do so, the Court issued a longer Order citing Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), and instructing Plaintiff to file a response by March 6 or risk dismissal. See ECF No. 6. Plaintiff has still not responded.

    The Court will, therefore, treat the Motion as conceded and dismiss the case without prejudice. A contemporaneous Order will so state.

                                                                /s/ *James E. Boasberg*
                                                                JAMES E. BOASBERG
                                                                United States District Judge

Date: March 11, 2013